

Christopher H. Lowe- Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
Chris@lipskylowe.com

www.lipskylowe.com

February 23, 2022

<u>VIA ECF</u>
The Honorable Vera M. Scanlon, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Fischler v. Creditrepair.com, Inc., 1:21-cv-05009-ARR-VMS</u>

Dear Magistrate Judge Scanlon:

  This firm represents Plaintiff Brian Fischler. We submit this letter on behalf of all parties to advise the Court a settlement has been reached, resolving this matter. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) all existing deadlines and court conferences be adjourned *sine die*, including the March 3, 2022, at 10:30 a.m., Initial Conference.

  We appreciate the Court's consideration of these requests.


        Respectfully submitted,
        LIPSKY LOWE LLP


        <u>s/Christopher H. Lowe</u>
        Christopher H. Lowe

CC: Defendant (Via email)