UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CREDITREPAIR.COM, INC.,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:21-cv-05009-ARR-VMS<br><br>So Ordered,<br><br>/s/(ARR)<br>_____<br>Allyne R. Ross, U.S.D.J.  3/22/2022 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: March 21, 2022
      New York, New York

                          s/ Christopher H. Lowe
                           Christopher H. Lowe
                           LIPSKY LOWE LLP
                           420 Lexington Avenue, Suite 1830
                           New York, New York 10170-1830
                           chris@lipskylowe.com
                           212.392.4772
                           *Attorneys for Plaintiff*